# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA POWER COMPANY,** **SOUTHERN COMPANY,** | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 12-cv-4155-VEH |
| v. | ) |
| **AUDITEC, LLC, d/b/a PowerSave or PowerSaveSoft,** | ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have jointly advised the court that they have settled their disputes and have asked the court to dismiss this action and to retain ancillary jurisdiction solely to enforce and order specific performance of the settlement agreement. (Motion To Dismiss, doc. 16). Wherefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion To Dismiss is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. The court **RETAINS** jurisdiction solely to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 30th day of April, 2013.

*/s/ VEHopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge